Honorable Franklin D. Burgess

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DONALD BRANIN, et al., | NO. C93-5132(WD)FDB |
| Plaintiff, | **ORDER GRANTING CLASS COUNSEL'S SUPPLEMENTAL MOTION RE PAYMENT OF EXPENSES FROM INTERVENTION FUND** |
| v. | |
| ASARCO INCORPORATED, | |
| Defendant. | **(PROPOSED)** |

THIS MATTER came before the Court upon Class Counsel's Supplemental Motion Re Payment of Expenses From Intervention Fund, and the Court having reviewed Class Counsel's motion and being otherwise sufficiently advised,

DOES NOW ORDER as follows:

1. Class Counsel's Supplemental Motion Re Payment of Expenses from Intervention Fund is granted;

2. A payment in the amount of $479.88 to Riddell Williams P.S. may be made from the Intervention Fund Account entitled <u>Branin, et al. v. ASARCO Incorporated Settlement Fund</u>, located at the Wells Fargo Bank (formerly First

ORDER GRANTING CLASS COUNSEL'S SUPPL. MOTION
RE PAYMENT OF EXPENSES – C93-5132(WD)FDB - 1
291/511580.01
030806/1133/47030.00001

Riddell Williams P.S.
1001 FOURTH AVENUE PLAZA
SUITE 4500
SEATTLE, WA  98154-1065
(206) 624-3600

1   Interstate Bank) in Seattle, Washington ("Account") without further motion to this
2   Court, and
3       3.    A payment in the amount of $2,434.32 to Rust Consulting, Inc. may
4   be made from the Account without further motion to this Court.
5       DATED this 8th day of March 2006.

                          FRANKLIN D. BURGESS
                          UNITED STATES DISTRICT JUDGE

Presented by:
RIDDELL WILLIAMS P.S.

By /s/
    Eileen M. Concannon, WSBA #13098
    Of Attorneys for Plaintiffs

ORDER GRANTING CLASS COUNSEL'S SUPPL. MOTION
RE PAYMENT OF EXPENSES – C93-5132(WD)FDB - - 2
291/511580.01
030806/1133/47030.00001

Riddell Williams P.S.
1001 FOURTH AVENUE PLAZA
SUITE 4500
SEATTLE, WA  98154-1065
(206) 624-3600