# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| DONALD BRANIN, et al.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ASARCO INCORPORATED,<br><br>　　　　　Defendant. | NO. C93-5132 FDB<br><br>**ORDER GRANTING MOTION FOR DISTRIBUTION OF RESIDUAL CLASS SETTLEMENT FUNDS** |

This matter ccomes before the Court upon Class Counsel's Motion for Distribution of Residual Class Settlement Funds, and the Court having reviewed Class Counsel's motion and being otherwise sufficiently advised,

DOES NOW ORDER as follows:

1. Class Counsel's Motion for Distribution of Residual Class Settlement Funds is **GRANTED.**

2. Class Counsel's expenses and the settlement administrator's fees and expenses shall be paid from the Wells Fargo Reserve Account and the Citizens Settlement Account as set out in Class Counsel's motion;

3. All residual settlement funds (after payment of fees and expenses as set forth above) shall be paid to Citizens for a Healthy Bay by January 31, 2010; and

4. Class Counsel may destroy records, as set forth in Class Counsel's

1 | motion, on or after January 31, 2010.

3 | DATED this 4th day of December, 2009.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER GRANTING MTN FOR DIST. OF RESIDUAL CLASS
SETTLEMENT FUNDS